Law Offices of Richard D Granvold, P.S.
Richard D. Granvold Attorney at Law
31620 23rd Ave S Ste 205
Federal Way, WA 98003-5049
(253) 945-6062
rdgranvold@msn.com

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>JOSHUA JAMES LINN<br>JENNIFER KULAYA SOUNALATH-LINN<br>    Debtor, | CASE NO. 17-14798<br><br>Chapter 7 |
| JOSHUA JAMES LINN<br>JENNIFER KULAYA SOUNALATH-LINN<br>    Plaintiff,<br>v.<br>United States Department<br>of Education; Wells Fargo Bank, N.A.;<br>Sofi Lending Corp;<br>    Defendant(s), | Adversary No.<br>COMPLAINT TO DETERMINE<br>DISCHARGEABILITY OF A<br>DEBT (STUDENT LOANS) |

## I. PARTIES

1.1 JOSHUA JAMES LINN and JENNIFER KULAYA SOUNALATH-LINN are the debtors herein, and filed for relief under Chapter 7 of the Bankruptcy Code (11 USC) on 11-1-2017.

1.2 United States Department of Education (Hereafter "DOE"), Wells Fargo Bank, N.A. (Hereafter "WF"), Sofi Lending Corp (Hereafter "Sofi"), are the defendants herein.

1.3 Jurisdiction in these proceedings is vested in the above entitled court pursuant to 28 U.S.C. Sections 157, 1334, and 11 U.S.C. 523(c)(1). Pursuant to 28 U.S.C. 157(b)(2), Federal Rules of Bankruptcy Procedure 7008(a) and 7012 (b), and Local Rule of Bankruptcy Procedure

Complaint    1    Law Office of Richard D. Granvold, P.S.
31620 23rd Ave So, Ste 205
Federal Way Wa 98003-5049
(253) 945-6062
rdgranvold@msn.com

Case 17-14798-CMA    Doc 16    Filed 01/24/18    Ent. 01/24/18 10:16:38    Pg. 1 of 4

7012-1(a) the Plaintiff(s) state as follows: Said 7008(a) requires the allegation of jurisdiction shall also contain a reference to the name, number, and chapter of the case under the Code to which the adversary proceeding relates and to the district and division where the case under the Code is pending. In the instant case, said name, number and chapter and district and division to which this adversary is filed is set forth in the caption above and hereby incorporated by reference.

In this Notice Regarding Final Adjudication And Consent adversary proceeding before this bankruptcy court, the Plaintiff parties herein do consent to entry of final orders or judgment by the bankruptcy court and admits that the above-captioned adversary proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(I). Jurisdiction in these proceedings is vested in the above entitled court pursuant to 28 U.S.C. Sections 157, 1334, and 11 U.S.C. 523(c)(1). Venue is in the United States Bankruptcy Court Western District of Washington pursuant to 28 U.S.C. 1409(a).

1.4 Venue is in the United States Bankruptcy Court Western District of Washington pursuant to 28 U.S.C. 1409(a).

1.5 This proceeding is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(I).

II. FACTS

2.1. The debtors incurred obligations presently owing to the defendant totaling approximately as follows :

A. DOE is owed approximately $209,928.29 in principal and interest as of 1-22-2018 ;

Complaint    2    Law Office of Richard D. Granvold, P.S.
31620 23rd Ave So, Ste 205
Federal Way Wa 98003-5049
(253) 945-6062
rdgranvold@msn.com

the servicer for said DOE is Great Lakes. Attached hereto as part hereto if Exhibit B which is DOE's agent Great Lakes payoff record which is true and accurate; there is no guarantor of said defendant's debt;

    B. WF is owed approximately $135,350.91 in principal and interest as of 1-22-2018; there is no servicer for WF; ; there is no guarantor of said defendant's debt;

    C. SOFI is owed approximately $98,602.23 in principal and interest as of 1-22-2018; Mohela is the authorized servicer for SOFI and agent thereof. Attached hereto as Exhibit A is Sofi's or their agent's account records and are true and accurate ; there is no guarantor of said defendant's debt;

    2.2 Said loan is believed to be for an educational benefit overpayment or loan made, insured or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit, or for an obligation to repay funds received as an educational benefit, scholarship or stipend, as described in 11 U.S.C. 523(a)(8).

    2.3 On 11-1-17, the debtor filed for relief under Chapter 7 of the U.S. Bankruptcy Code.

    2.4 That the debtors are married and have 2 minor aged children, both living with them aged 2 and 4 at the time of the petition,.

    2.5 That to not discharge these student loans would impose an undue hardship on this defendant.

    2.6 A discharge is expected to be provided approximately 1-31-18.

Complaint                3          Law Office of Richard D. Granvold, P.S.
31620 23rd Ave So, Ste 205
Federal Way Wa 98003-5049
(253) 945-6062
rdgranvold@msn.com

Case 17-14798-CMA    Doc 16    Filed 01/24/18    Ent. 01/24/18 10:16:38    Pg. 3 of 4

### III. THEORIES OF LIABILITY, DISCHARGE

3.1 That the plaintiff is and shall be discharged from a debt evidenced by the loans in paragraph 2.1 herein pursuant to 11 U.S.C. 523(a)(8) as in effect at the time of the petition herein; Section 523(a)(8)

3.2 That upon discharge by the above captioned bankruptcy court the plaintiff is entitled to that relief set forth in 11 U.S.C. 524(a).

3.3 That in the event the defendant willfully violates the provisions of 11 U.S.C. 362, the plaintiff if injured, shall be entitled to a judgment against defendant for actual damages, including costs and attorney's fees, and punitive damages.

### IV. PRAYER

WHEREFORE, the debtor, prays for the following relief:

1. An order determining the debt owed to the defendants herein be determined to be dischargeable and thereby discharged pursuant to 11 U.S.C. § 523(a)(8) ;

2. For such other and further relief as the Court may deem just.

DATED THIS 24th DAY OF JANUARY 2018

    /S/ Richard D. Granvold
    RICHARD D. GRANVOLD
    ATTORNEY FOR PLAINTIFF WSBA #16903

Complaint     4     Law Office of Richard D. Granvold, P.S.
31620 23rd Ave So, Ste 205
Federal Way Wa 98003-5049
(253) 945-6062
rdgranvold@msn.com