

*Exhibit A. 1 of 3*



01/22/18

ACCT NUMBER: 2982408737

Dear JOSHUA LINN

Thank you for your interest in paying off your student loan(s). We have calculated the following payoff amount on your loan(s) if a payment is received by 01/22/18. Below are the loans you have selected for payoff, which included the disbursement date and the corresponding Principal balance for each.

A final bill may be sent for any residual balance you owe on the loans being paid-off.

Please allow up to 30 days for your loan to be adjusted to a zero balance. A Paid In Full letter will be sent to you within 30 days of the loan adjusting to a zero balance.

## PAY OFF DETAIL

| | |
|---|---|
| Requested Payoff Date: | 01/22/18 |
| Total Principal Due: | $97,372.09 |
| Total Interest Due: | $1,230.14 |
| **Total Payoff Amount:** | **$98,602.23** |

| Disbursement Date | Loan Type | Current Principal Balance ($) | Current Interest Rate (%) | Outstanding Interest ($) | Late Fees Due ($) |
|---|---|---|---|---|---|
| 06/02/2016 | SoFi-Refi 20 Year Term | 97,372.09 | 5.070 | 1,230.14 | 0.00 |

We look forward to providing you with continued quality service.

MOHELA Loan Servicing

*Copyright © 2018 MOHELA. All Rights Reserved.*



# MOHELA®

| Name | | Account Number | Date Billed | Date Due |
|---|---|---|---|---|
| JOSHUA LINN | | 29 8240 8737 | 10-11-17 | 10-31-17 |

| Date Last Payment Received | Principal Paid Since Last Statement | Interest Paid Since Last Statement | Fees Paid Since Last Statement | Total Pmnts Rcvd Since Last Statement |
|---|---|---|---|---|
| 09-23-17 | $106.75 | $306.88 | $0.00 | $413.63 |

| Bill Type | Amount Past Due | Current Due | Total Principal And Interest Due | Outstanding Late Fees To Date |
|---|---|---|---|---|
| INTEREST | $133.43 | $386.37 | $519.80 | $0.00 |

| Loan Seq | First Disb | Loan Program | Status | Accrual Period Begin Date | Accrual Period End Date | Int Rate | Balance | Amount Past Due | Current Amount Due | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 06/02/16 | PRCN20 | DEFER | 10/11/17 | 10/31/17 | 4.990% | $97,492.04 | $133.43 | $386.37 | $519.80 |

Detach here and return lower portion with your check or money order. Do not staple or fold.

**Customer Statement**

☐ Check to indicate change of address on reverse

| Account Number | Date Due | Amount Paid | Total Amount Due |
|---|---|---|---|
| 29 8240 8737 | 10-31-17 | | $519.80 |

20172840129824087371000051980000000000000006

#BWNFKXN
#B155 7110 0410 11L6#
JOSHUA LINN
1301 1ST AVE
APT 1001
SEATTLE WA 98101-2139

MOHELA
PO BOX 1022
CHESTERFIELD MO 63006-1022



3 of 3

**Payment Address:** MOHELA SoFi-Servicing, P.O. Box 1022, Chesterfield, MO 63006-1022
sofi.mohela.com    Toll-free 1.877.292.7470    International 636.532.0600    TDD Dial 711

### Bill Types
*A sample of a bill and helpful tips for understanding it are available at mohela.com/samplebill.*

- **Install:** Monthly Bill. Billing for regular monthly payment. You owe payments for principal and interest. A payment is required.
- **Interest:** Interest Bill. Billing for interest accrual during periods of deferment, forbearance, in-school status or grace. Pay the outstanding interest amount to avoid past due status.
- **Int Notice:** Interest Notice. No action is needed, but the outstanding interest will capitalize if not paid.

### Payment Information
Place your account number on your check or money order. Do Not Send Cash.

**Interest Calculation:** Interest accrues daily based on your outstanding balance and the number of days between payments.

**Payments by Check:** When you pay with a check, you authorize us to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Funds may be withdrawn from your account the same day we receive your payment, and you will not receive your check back from your financial institution.

**Auto Pay:** Enroll to have automatic monthly payments electronically debited from your bank account and you may be eligible for a 0.25% interest rate reduction based on your loan type. Visit sofi.mohela.com for more information and to apply.

### Payment Application
**Standard Payment Application:** Payment is applied first toward any late fees, next to outstanding accrued interest then to the principal balance. Past due amounts are satisfied first, followed by current due amounts. Payments are distributed proportionally across all loans unless you request otherwise.

**Additional Payments & Paying Ahead:** You may make additional payments greater than the installment amount at any time without penalty. Additional payments are applied to your principal balance after all outstanding interest is satisfied. Interest continues to accrue between payments. If you actively participate in Auto Pay, your installment amount and any additional amount requested will be extracted from your bank account regardless of additional payments remitted.

**Partial Payments:** Payments less than the required monthly installment amount are applied using the Standard Payment Application. If you submit special payment instructions and select a payment amount that does not satisfy the total amount due, your account may become delinquent.

### Submitting Special Payment Instructions

**One-Time Payment Instructions:** To request special payment instructions when making an additional or partial payment, submit your request via:

- **Web** – Log into sofi.mohela.com to make a payment and target your payment to be applied to a specific loan or set of loans.
- **Phone** – Contact customer service at 1.877.292.7470.
- **Mail** – Include specific instructions on how you want your payment applied. Include the amount and sequence number and indicate this is a one-time payment instruction. You may submit separate instructions with your payment.

**Standing Payment Instructions:** To provide instructions for how you want all ongoing payments applied, include a separate signed document with your payment and allow extra processing time. Submit your recurring request via:

- **Mail** – Include specific instructions on how you want ongoing payments applied. Include the amount, disbursement date, loan type and indicate this is a standing payment instruction. Send instructions to MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243.

### Payment Assistance
If you are experiencing difficulty making payments, options may be available to help you. Please contact MOHELA at 877.292.7470 for more details about ways to keep your private educational loan on track and avoid default.

### Consumer Credit Reporting
The status of your student loan(s) is reported monthly to the nationwide consumer reporting agencies. If your account is past due, late payments may be reported. Late or missed payments or defaults reflected on your consumer credit report will adversely affect your consumer credit rating.

### Student Loan Benefits
**Military Members:** Visit mohela.com/military to explore benefits and options.

**Protecting Your Privacy:** View the Privacy Policy on sofi.mohela.com. It is also available upon request by calling.

---

To provide contact information updates, submit the following with payment or send to MOHELA, 633 Spirit Drive, Chesterfield, MO 63005.

I authorize MOHELA and its respective agents and contractors to contact me regarding my loan(s), including repayment of my loan(s), at the current or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Name* _____    Account Number _____

Address _____

City, State, Zip Code _____

Telephone – Primary _____    Telephone – Alternate _____

E-mail _____    Borrower's Signature _____

* Change of the first name requires official documentation.

11/16 SoFi Backer

JOSHUA J. LINN
GREAT LAKES ID: 15-5431344

*Exhibit B pg 1of2*


GREAT LAKES

# Calculate Payoff Amount

Enter a payoff date and select loan accounts to calculate a payoff amount up to 120 days from today. Visit <u>Pay Online</u> to get a payoff amount for an immediate online payment.

Choose Payoff Date

01/22/2018

calculate

- **We must receive your payment within 10 days of 01/22/2018** to pay off the selected accounts.

- **Please submit your payment before 5 p.m. Central on a business day** for it to be applied to your account the same day. Payments received after 5 p.m. Central will be applied on the next available business day.

## Select Accounts

 **Graduate PLUS Loans**
U.S. DEPARTMENT OF EDUCATION (798581)
Balance $129,240.72

**Payoff Amount**  $2 of 2$  $129,557.70

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 790321
ST. LOUIS, MO 63179 -0321
Payment Reference Number: 155431344010201

 **Stafford Loans**

U.S. DEPARTMENT OF EDUCATION (798581)
Balance $80,194.68

**Payoff Amount**  $80,370.59

U.S. DEPARTMENT OF EDUCATION
P.O. BOX 790321
ST. LOUIS, MO 63179 -0321
Payment Reference Number: 155431344798581

**TOTAL PAYOFF AMOUNT:**  $209,928.29
(from 2 of 2 accounts)

*Payoff amounts reflect only the selected accounts and do not include pending and scheduled payments.* **We must receive your payment within 10 days of 01/22/2018** *to pay off the selected accounts.* **Submit your payment before 5 p.m. Central on a business day** *for it to be applied to your account the same day.*

Printed from **mygreatlakes.org** on **1/22/2018, 2:40PM Central Time**