# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

JOSHUA JAMES LINN AND JENNIFER KULAYA SOUNALATH-LINN,

    Debtors,

Case No. 17-14798-CMA
Chapter 7

---

JOSHUA JAMES LINN AND JENNIFER KULAYA SOUNALATH-LINN,

    Plaintiffs,

v.

US Department of Education, Wells Fargo Bank, N.A., and SoFi Lending Corp.,

    Defendants.

Ad. Proc. No. 18-01005-CMA

---

### Stipulation of Nondischargeability of Debt and Payment Plan

Plaintiffs Joshua James Linn and Jennifer Kulaya Sounalath-Linn (Debtors) and SoFi Lending Corp. (SoFi) (collectively the Parties) agree as follows:

## I. Recitals

1) On or about November 1, 2017, Debtors filed the underlying Chapter 7 bankruptcy case.

Stipulation - 1

Aaron McLellan
Zwicker & Associates
12550 SE 93rd Ave, Ste 430
Clackamas, OR 97015
(503)-654-2050; FAX 503-654-0345

2) On or about January 24, 2018, Debtors filed this adversary action (the Action) seeking determination that their student loan debt owed to SoFi and other lenders is dischargeable in bankruptcy.

3) SoFi filed an answer opposing discharge.

4) The Parties reached a compromise outlined below.

II. **Stipulation of Parties**

1) Debtor's student loan debt owed to SoFi is not dischargeable in this bankruptcy and any subsequent bankruptcy.

2) The amount of the debt was $97,156.94.

3) SoFi will accept settlement and repayment of the debt as follows:

   a. Within thirty (30) days of Court approval, Debtors will pay $20,000.00 to SoFi towards the balance. The parties will make their best efforts to obtain court approval of the settlement.

   b. Debtors will repay $48,411.00, plus 5% interest per annum over thirty (30) years. The monthly payment amount is $259.88 or more until paid in full. The first payment is due on or before October 25, 2018 and continue by the 25th of each consecutive month.

   Payments are made to the following address: Zwicker & Associates, P.C., 80 Minuteman Rd., Andover MA 01810.

4) As long as Debtors timely make the payments referenced above, SoFi will refrain from enforcement of the debt.

5) Debtor's mailing address is 111 NW 103rd St. Seattle, WA 98177.

6) If a payment is not made by Debtors within 30 days of its due date, SoFi may issue a

Stipulation - 2

Aaron McLellan
Zwicker & Associates
12550 SE 93rd Ave, Ste 430
Clackamas, OR 97015
(503)-654-2050; FAX 503-654-0345

notice of default to Debtors at the address set forth above or a new address supplied by Debtors requiring payment within ten (10) days of mailing to Debtors. Failure to make the payment will cause a breach of this agreement. In the event of such a breach, the current outstanding balance of $96,441 less any payments made pursuant to the terms of this settlement will become due immediately.

7) Debtors will dismiss SoFi from the adversary case with prejudice and without an award of costs or attorney's fees.

Dated: 9/6/18

Richard D. Granvold, WSBA 16903
Attorney for Joshua James Linn and Jennifer Kulaya Sounalath-Linn

Dated: 9/6/18

Aaron McLellan, WSBA 45072
Attorney for SoFi Lending Corporation

Stipulation – 3

Aaron McLellan
Zwicker & Associates
12550 SE 93rd Ave, Ste 430
Clackamas, OR 97015
(503)-654-2050; FAX 503-654-0345