Honorable Christopher M. Alston
Location: Seattle

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-14798 |
| JOSHUA JAMES LINN and | ) | |
| JENNIFER KULAYA SOUNALATH-LINN | ) | DECLARATION OF TRUSTEE |
| | ) | IN SUPPORT OF MOTION TO |
| Debtor | ) | PAY EXEMPTION |

Nancy L. James, under penalty of perjury, declares as follows:

1. I am the Trustee in the above referenced proceedings and make this declaration in support of the Trustee's Motion to Disburse Exemptions [Doc. 20] and the Court's comments on the Submitted but not entered Order [Doc. 24].

2. The Debtors listed on their schedules a 2014 Toyota Highlander automobile valued at $22,000 and claimed an exemption in the amount of $20,650.

3. Post-petition, the Debtors were in an automobile accident in which the vehicle was determined to be "totaled" by the insurance company. The insurance company paid to the Debtors the sum of $33,158 for the value of the vehicle after withholding the deductible of $500.

Dec of Trustee in Support of Mot to Pay Exemption- 1

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

4. The Debtors amended their schedules and exemptions listing the value of the vehicle as the amount paid by the insurance company and claimed exemptions of $23,977.56, leaving equity for the estate of $9,180.

5. The Debtors turned over the amount of $12,508.00 which included a portion of their exemption. The Debtors are entitled to their exemption of $3,328.00.

DATED this 14th day of November, 2018.

/s/Nancy L. James

_____

Nancy L. James
Trustee

Dec of Trustee in Support of Mot to Pay Exemption- 2