**Below is the Order of the Court.**

_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | CASE NO. 17-14798 |
|---|---|
| Linn, Joshua James<br>Sounalath-Linn, Jennifer Kulaya | ORDER APPROVING FINAL<br>REPORT AND APPLICATIONS<br>FOR ADMINISTRATIVE<br>EXPENSES AND AUTHORIZING<br>DISBURSEMENT |
| Debtor(s). | |

THIS MATTER came on for hearing/no hearing being necessary under the circumstances, upon Notice of Filing Final Report and Applications for Compensation; it appearing that the Trustee's Final Report and Accounting is correct and reasonable in all respects, and that the same should be approved, and, it appearing that the fees requested are justified and reasonable, and the Court being fully informed; now, therefore, it is hereby,

ORDERED that the disbursements made by the Trustee as set forth in this report are approved and the Final Report and Account of the Trustee is hereby allowed, approved and confirmed, and it is further,

ORDERED that the fees and expenses of Nancy L. James, Trustee, are approved, and it is further,

ORDERED that the Trustee, Nancy L. James, may make the following disbursements:

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 1

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA 98296

(425) 485-5541

**Below is the Order of the Court.**

TOTAL AMOUNT AVAILABLE $8,989.36

100.00% Disbursement to Chapter 7 Costs of Administration

NANCY L. JAMES, Trustee Compensation $1,668.00

NANCY L. JAMES, Trustee Expenses $88.24

Total Costs of Administration $1,756.24

TOTAL AMOUNT AVAILABLE $7,233.12
Priority
0.00% Disbursement to Priority Claims

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement | Less Taxes Withheld | Net Distribution |
|---|---|---|---|---|---|

Total Allowed Priority Claims: $0.00
Total Disbursement to Priority Creditors: $0.00

TOTAL AMOUNT AVAILABLE $7,233.12
General Unsecured
2.25% Disbursement to Unsecured Claims

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement |
|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 9,497.96 | 214.53 |
| 2 | Mohela On Behalf Of Sofi | 97,491.89 | 2,202.09 |
| 3 | Citibank, N.A. | 6,497.68 | 146.77 |
| 4 | Us Dept Of Education | 206,740.91 | 4,669.73 |

Total Allowed General Unsecured Claims: $320,228.44
Total Disbursement to General Unsecured Creditors: $7,233.12

Tardily Filed Claims

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement |
|---|---|---|---|

Total Tardily Filed Unsecured Claims: $0.00
Total Disbursement to Tardily Filed Unsecured Creditors: $0.00

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 2

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA 98296

(425) 485-5541

**Below is the Order of the Court.**

TOTAL AMOUNT AVAILABLE $0.00
Unsecured Interest
0.00% Disbursement to LEGAL RATE OF INTEREST

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement |
|---|---|---|---|

Total Allowed Unsecured Interest Claims: $0.00
Total Disbursement to Unsecured Interest Creditors: $0.00

Total Allowed Unsecured Claims: $320,228.44
Total Disbursement to Unsecured Creditors: $7,233.12

TOTAL AMOUNT AVAILABLE $0.00
Debtor Exemption
0.00% Disbursement to Debtor Exemption

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement |
|---|---|---|---|

Total Allowed Debtor Exemption: $0.00
Total Disbursement to Debtor Exemption: $0.00

TOTAL AMOUNT AVAILABLE $0.00
Surplus Funds to Debtor
0.00% Disbursement to Back to Debtor

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement |
|---|---|---|---|

Total Allowed Surplus Funds to Debtor: $0.00
Total Disbursement to Surplus Funds to Debtor: $0.00

TOTAL AMOUNT AVAILABLE $0.00
Secured
0.00% Disbursement to Secured Claims

| Claim No. | Claimant | Amount Allowed | Pro Rata Disbursement |
|---|---|---|---|

Total Allowed Secured Claims: $0.00
Total Disbursement to Secured Creditors: $0.00

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 3

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA 98296

(425) 485-5541

**Below is the Order of the Court.**

1    IT IS FURTHER ORDERED that the trustee is hereby authorized to abandon all unadministered

2  assets.

3

4                                  // End of Order //

5  Presented by:

6

7   */s/Nancy L. James*
   Nancy L. James,Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER APPROVING FINAL
REPORT/UST FORM 710 - 4

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA  98296

(425) 485-5541

Case 17-14798-CMA    Doc 33    Filed 04/30/19    Ent. 04/30/19 14:07:52    Pg. 4 of 4